Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone: (602) 482-4300
Facsimile:  (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Kat Boatman*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Kat Boatman,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Hartford Life and Accident Insurance Company; Total System Services, Inc.; Group Long Term Disability Plan for Team Members of Total System Services, Inc.,<br><br>　　　　　　Defendants. | Case No.  2:16-cv-01208-DJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ONLY THE NAMED DEFENDANTS** |

　　　Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff moves to voluntarily dismiss, without prejudice, only the named Defendants Total System Services, Inc. and the Group Long Term Disability Plan for Team Members of Total System Services, Inc. in the above referenced matter.

　　　Plaintiff advises the Court that the Complaint in this matter was filed on April 26, 2016. The named Defendants have not Answered or otherwise responded to the complaint.

RESPECTFULLY REQUESTED this 9th day of June, 2016.

SCOTT E. DAVIS. P.C.

By: */s/ Scott E. Davis*
Scott E. Davis
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

  I hereby certify that on June 9, 2016 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kristina Holmstrom, Esq.
Lewis Roca Rothgerber Christie, LLP
201 E. Washington Street
Suite 1200
Phoenix, AZ 85004

By: *Lisa L. Martinez*
An employee of Scott E. Davis, P.C.