# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kat Boatman,<br><br>        Plaintiff,<br><br>v.<br><br>Hartford Life and Accident Insurance Company, et al.,<br><br>        Defendants. | No. CV-16-01208-PHX-DJH<br><br>**ORDER** |

The Court having received the parties' Stipulation for Dismissal (Doc. 24),

**IT IS HEREBY ORDERED** granting the Stipulation (Doc. 24) and dismissing this action in its entirety, **with prejudice**, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

**Dated** this 29th day of September, 2016.

_____
Honorable Diane J. Humetewa
United States District Judge